# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**JOSHUA ROBERT MUDD,**

       **Plaintiff,**

v.                                                   Case No. 20-3060-SAC

**TRAVIS HENRY, et al.,**

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed.

Entered on the docket 08/13/20

**Dated:  August 13, 2020**                     **TIMOTHY M. O'BRIEN**
                                                          **CLERK OF THE DISTRICT COURT**

                                                          **s/S. Nielsen-Davis**
                                                          **Deputy Clerk**